UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| EMMANUEL MUTANGANA, <br><br> Plaintiff, <br><br> v. <br><br> LOREN K. MILLER, Director, Nebraska Service Center; U.S. CITIZENSHIP & IMMIGRATION SVC, <br><br> Defendants. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)** <br><br><br> Case No. 2:23-cv-00746 <br><br> District Judge Bruce S. Jenkins |

Plaintiff Emmanuel Mutangana filed a Motion to Proceed *In Forma Pauperis*,[1] seeking to file this action without paying the initial filing fee. Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[2] To proceed *in forma pauperis* under section 1915, the applicant must show a financial inability to pay the required filing fee.[3]

Mr. Mutangana has not demonstrated a financial inability to pay the filing fee. Mr. Mutangana reports he financially supports his spouse and child, who live outside the United States. In one section of the form, Mr. Mutangana reports his average monthly income from employment during the past twelve months as $68,000. Assuming this number actually reflects

---

[1] (Doc. No. 1.)

[2] 28 U.S.C. § 1915(a)(1).

[3] *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

1

his *annual* income, his monthly income would be $5,667.  But in another section of the form, Mr. Mutangana reports his gross monthly pay from 2019 to present as $4,500—and he reports no other sources of income.  Regardless of this discrepancy, Mr. Mutangana's income using either reported amount exceeds 200% of the Federal Poverty Guidelines for a household of three.  Therefore, Mr. Mutangana has not shown a financial inability to pay the required filing fee.

Accordingly, the undersigned RECOMMENDS the district judge DENY the motion.  The undersigned further RECOMMENDS Mr. Mutangana be given thirty days to pay the filing fee.

The court will send copies of this Report and Recommendation to Mr. Mutangana, who is notified of his right to object.  Mr. Mutangana must file any objection to this Report and Recommendation within fourteen days of service.[4]  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 23rd day of October, 2023.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge

---

[4] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).