IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EMMANUEL MUTANGANA,<br><br>Plaintiff,<br><br>v.<br><br>LOREN K. MILLER, Director Nebraska Service Center; U.S. CITIZENSHIP & IMMIGRATION SVC,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:23-cv-746 |

On October 19, 2023, *pro se* Plaintiff Emmanuel Mutangana filed a "Motion to Proceed *In Forma Pauperis*" seeking to file his Complaint without paying the applicable filing fee. [ECF No. 1.] Plaintiff's Motion was assigned to Magistrate Judge Daphne A. Oberg for review. On October 23, 2023, Magistrate Judge Oberg issued a Report and Recommendation that recommended denial of Plaintiff's Motion on the ground that Plaintiff had not demonstrated a financial inability to pay the filing fee. [*See* ECF No. 3 at 1-2.] The Plaintiff was notified of his right to file objections to the Report and Recommendation within fourteen days of service. [*See* ECF No. 3 at 2.] No objection has been filed.

On October 24, 2023, and without filing any objection to the Report and Recommendation, Plaintiff filed his Complaint and paid his filing fee in full. [*See*

- 1 -

- 2 -

ECF No. 4.] Having now paid his filing fee—the very relief he was seeking—the Plaintiff has mooted his Motion.

Therefore, based upon the foregoing,

**IT IS HEREBY ORDERED** that Report and Recommendation [ECF No. 3] is **ACCEPTED** and Plaintiff's Motion [ECF No. 1] is **DENIED** as moot.

DATED this 16th day of November 2023.

BY THE COURT:

David Sam
United States District Judge